UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
VON I. ROSS,

           Plaintiff,

     -against-                    ORDER ADOPTING REPORT
                                          AND RECOMMENDATION &
TOWN OF NEW WINDSOR, *et al.*,       <u>ORDER OF DISMISSAL</u>

           Defendants.                  11-CV-2287
-----------------------------------------------------

<u>Seibel, J.</u>

      Before the Court is the Report & Recommendation of Magistrate Judge Paul E. Davison dated April 9, 2014 (the "R&R"). (Doc. 50.) No objections to the R&R have been filed. I have reviewed it for clear error and find no error, clear or otherwise. Accordingly, the R&R is adopted as the decision of the Court. This case is dismissed for failure to prosecute. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: April 29, 2014
       White Plains, New York

                                                  _____
                                                  CATHY SEIBEL, U.S.D.J.